# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM MULCAHY, | Case No.: 2:22-cv-00257-APG-VCF |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| CITY OF LAS VEGAS, | |
| Defendant | |

On July 5, 2022, plaintiff Tim Mulcahy was advised by the court that this action would be dismissed without prejudice unless by August 4, 2022, he either filed proper proof of service or showed good cause why such service was not timely made.  Mulcahy has failed to do so.

I THEREFORE ORDER that this action is DISMISSED without prejudice.  The clerk of court is instructed to close this case.

DATED this 5th day of August, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE